# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

---

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

July 2, 2010

TO:  Creditors of Barbara A. Schlemmer, Debtor
     Case No. 09-10926K
     United States Bankruptcy Court
     Western District of New York

Dear Sir or Madam:

   I am the Trustee in the above-named Chapter 7 case.

   Enclosed herewith please find your dividend check.
This is the only dividend you should expect to receive in
this case.

                         Very truly yours,

                         

                    BY:
                         Mark S. Wallach, Trustee

MSW:sn

Enclosure

FILED
JUL 6 2010
BANKRUPTCY COURT
BUFFALO, NY

# Claims Proposed Distribution

## Case: 09-10926   SCHLEMMER, BARBARA A.

Report Includes ONLY Claims with a Proposed Distribution

Case Balance:      $3,300.77        Total Proposed Payment:      $3,300.77        Remaining Balance:      $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARK S. WALLACH <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 8.56 | 8.56 | 0.00 | 8.56 | 8.56 | 3,292.21 |
| | MARK S. WALLACH <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 825.19 | 825.19 | 0.00 | 825.19 | 825.19 | 2,467.02 |
| | PENNEY, MAIER & WALLACH <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 10.04 | 10.04 | 0.00 | 10.04 | 10.04 | 2,456.98 |
| | PENNEY, MAIER & WALLACH <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 390.00 | 390.00 | 0.00 | 390.00 | 390.00 | 2,066.98 |
| 1 | Cornerstone Community Federal Credit Union | Unsecured | 3,616.32 | 3,616.32 | 0.00 | 3,616.32 | 101.40 | 1,965.58 |
| 2 | Cornerstone Community Federal Credit Union | Unsecured | 5,586.68 | 5,586.68 | 0.00 | 5,586.68 | 156.64 | 1,808.94 |
| 3 | Cornerstone Community Federal Credit Union | Unsecured | 99.96 | 99.96 | 0.00 | 99.96 | 2.80 | 1,806.14 |
| 4 | Cornerstone Community Federal Credit Union | Unsecured | 2,207.35 | 2,207.35 | 0.00 | 2,207.35 | 61.89 | 1,744.25 |
| 5 | Roundup Funding, LLC | Unsecured | 1,092.72 | 1,092.72 | 0.00 | 1,092.72 | 30.64 | 1,713.61 |
| 6 | Roundup Funding, LLC | Unsecured | 860.08 | 860.08 | 0.00 | 860.08 | 24.11 | 1,689.50 |
| 7 | TARGET NATIONAL BANK | Unsecured | 6,484.01 | 6,484.01 | 0.00 | 6,484.01 | 181.79 | 1,507.71 |
| 8 | CHASE BANK USA | Unsecured | 5,650.98 | 5,650.98 | 0.00 | 5,650.98 | 158.44 | 1,349.27 |
| 9 | CHASE BANK USA | Unsecured | 4,622.18 | 4,622.18 | 0.00 | 4,622.18 | 129.59 | 1,219.68 |
| 10 | Chase Bank USA,N.A. | Unsecured | 3,276.62 | 3,276.62 | 0.00 | 3,276.62 | 91.87 | 1,127.81 |
| 11 | U.S. Bank N.A. | Unsecured | 7,063.40 | 7,063.40 | 0.00 | 7,063.40 | 198.04 | 929.77 |
| 12 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 6,564.26 | 6,564.26 | 0.00 | 6,564.26 | 184.04 | 745.73 |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 6,708.53 | 6,708.53 | 0.00 | 6,708.53 | 188.09 | 557.64 |
| 14 | PYOD LLC its successors and assigns as assignee of Citibank | Unsecured | 338.26 | 338.26 | 0.00 | 338.26 | 9.48 | 548.16 |
| 15 | GE Money Bankn dba JCPenney Credit Services | Unsecured | 3,301.60 | 3,301.60 | 0.00 | 3,301.60 | 92.57 | 455.59 |
| 16 | GE Money Bank dba Old Navy | Unsecured | 458.92 | 458.92 | 0.00 | 458.92 | 12.87 | 442.72 |
| 17 | GE Money Bank dba QCard | Unsecured | 1,930.84 | 1,930.84 | 0.00 | 1,930.84 | 54.14 | 388.58 |